Exhibit 1



# United States of America

## United States Patent and Trademark Office

# LULULEMON

**Reg. No. 3,990,179**

**Registered July 5, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING; ONLINE RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,607,811.

SER. NO. 85-210,288, FILED 1-4-2011.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# LULULEMON

**Reg. No. 4,391,115**

**Registered Aug. 27, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, CANADA V6J1C7

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, TANK TOPS, SWEATSHIRTS, SWEATERS, JERSEYS, JUMPERS, PANTS, SWEATPANTS, SHORTS, SKIRTS, DRESSES, JACKETS, COATS, VESTS, UNDERWEAR, SOCKS, WARM-UP SUITS, BODYSUITS, LEOTARDS, TIGHTS, LEGGINGS, LEG WARMERS; HEADWEAR, NAMELY, HATS, CAPS, TOQUES, VISORS, HEADBANDS, BANDANAS; CLOTHING ACCESSORIES, NAMELY, BELTS, SCARVES, SHAWLS, SHOULDER WRAPS, ARM WARMERS, MITTENS, GLOVES; SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF CANADA REG. NO. TMA813087, DATED 12-1-2011, EXPIRES 12-1-2026.

OWNER OF U.S. REG. NOS. 2,607,811, 3,990,179 AND OTHERS.

SER. NO. 85-774,883, FILED 11-8-2012.

COLLEEN DOMBROW, EXAMINING ATTORNEY



**Acting Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,985,877**

**Registered June 28, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUC-TION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING; ONLINE RETAIL STORE SERVICES FEATURING CLOTHING, APPAREL, ACCESSORIES, HEADWEAR, SOCKS, YOGA EQUIPMENT, ATHLETIC EQUIPMENT, BAGS, BACKPACKS, TOTE BAGS, PRE-RECORDED DVDS, FEATURING TOPICS RELATING TO YOGA INSTRUCTION, YOGA PHILOSOPHY, EXERCISE AND HEALTH LIVING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2003; IN COMMERCE 8-1-2003.

OWNER OF U.S. REG. NOS. 2,460,180 AND 2,607,811.

THE MARK CONSISTS OF A WAVE DESIGN IN A CIRCLE.

SER. NO. 85-210,290, FILED 1-4-2011.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,460,180
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER



LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY, PANTS, SHIRTS, T-SHIRTS, SHORTS, SWEATSHIRTS, SWEATPANTS, SOCKS, JACKETS, COATS, HATS, FOOTWEAR, NAMELY, SHOES AND SANDALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1999; IN COMMERCE 5-0-1999.

SN 75-644,001, FILED 2-22-1999.

RICHARD DONNELL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,024,374

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## LUON

LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, SHORTS, SWEATSHIRTS, SWEATPANTS, TANK TOPS, UNDERWEAR, SOCKS, JACKETS, COATS AND HATS FOR MEN, WOMEN AND CHILDREN , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-22-2002; IN COMMERCE 8-10-2005.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1,160,500, FILED 11-22-2002, REG. NO. TMA612278, EXPIRES 6-7-2019.

SN 78-253,186, FILED 5-22-2003.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,116,371

## United States Patent and Trademark Office

Registered July 18, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# SILVERESCENT

LULULEMON ATHLETICA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BRITISH COLUMBIA, CANADA V6K 1N6

FOR: CLOTHING, NAMELY T-SHIRTS, SHIRTS, PANTS, SHORTS, SKIRTS, DRESSES, SWEAT-SHIRTS, SWEATPANTS, TANK TOPS, UNDER-WEAR, SOCKS, JACKETS, COATS, HEADWEAR, FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-2005; IN COMMERCE 10-31-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-551,197, FILED 1-20-2005.

KIMBERLY FRYE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,272,013

Registered July 31, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# VITASEA

LULULEMON ATHLETICA INC. (CANADA CORPORATION)

2113 WEST FOURTH AVENUE

VANCOUVER, CANADA V6K1N6

FOR: CAPS; COATS; DRESSES; HATS; HEADBANDS; HEADWEAR; JACKETS; PANTS; SHIRTS; SHORTS; SKIRTS; SOCKS; SWEAT PANTS; SWEAT SHIRTS; T-SHIRTS; TANK TOPS; TOQUES; UNDERWEAR; VISORS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2005; IN COMMERCE 9-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1285231, FILED 12-19-2005, REG. NO. TMA679,929, DATED 1-22-2007, EXPIRES 1-22-2022.

SER. NO. 78-829,836, FILED 3-6-2006.

REBECCA SMITH, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# LUXTREME

**Reg. No. 3,976,389**

**Registered June 14, 2011**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BC, CANADA V6K1N6

**Int. Cl.: 25**

FOR: BODY SUITS; JACKETS; LEGGINGS; PANTS; SHIRTS; SHORTS; SKIRTS; TANK TOPS; TIGHTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1436105, FILED 4-27-2009, REG. NO. TMA766,965, DATED 5-17-2010, EXPIRES 5-17-2025.

SER. NO. 77-858,732, FILED 10-27-2009.

KATHERINE M. DUBRAY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# GROOVE

**Reg. No. 3,978,257**

**Registered June 14, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

FOR: YOGA PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-193,422, FILED 12-8-2010.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# GROOVE PANT

**Reg. No. 3,978,258**
**Registered June 14, 2011**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST 4TH AVENUE
VANCOUVER, CANADA V6K1N6

**Int. Cl.: 25**

FOR: YOGA PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PANT", APART FROM THE
MARK AS SHOWN.

SER. NO. 85-193,425, FILED 12-8-2010.

ANGELA DUONG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# SET-MY-PONYTAIL-FREE

**Reg. No. 4,033,939**
**Registered Oct. 4, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
2113 WEST FOURTH AVENUE
VANCOUVER, BC, CANADA V6K1N6

FOR: CLOTHING, NAMELY, HOODED SWEATSHIRTS, JACKETS AND COATS; HEAD-WEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1479646, FILED 5-4-2010, REG. NO. TMA794136, DATED 3-29-2011, EXPIRES 3-29-2026.

SER. NO. 85-166,171, FILED 11-1-2010.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# WUNDER UNDER

**Reg. No. 4,214,049**

**Registered Sep. 25, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY CROP PANTS, PANTS, SHORTS, TIGHTS, LEGGINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2006; IN COMMERCE 4-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-584,529, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# RULU

**Reg. No. 4,219,265**

**Registered Oct. 2, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, PANTS, SHORTS, SWEATSHIRTS, SWEATPANTS, TANK TOPS, UNDERWEAR, SOCKS, JACKETS, COATS AND HATS FOR MEN, WOMEN AND CHILDREN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2012; IN COMMERCE 2-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-418,115, FILED 9-8-2011.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# DEFINE JACKET

**Reg. No. 4,234,113**

**Registered Oct. 30, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
SUITE 400
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-2009; IN COMMERCE 4-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JACKET", APART FROM THE MARK AS SHOWN.

SER. NO. 85-584,541, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

# SCUBA

**Reg. No. 4,333,759**

**Registered May 14, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

FOR: CLOTHING, NAMELY, HOODED SWEATSHIRTS, JACKETS, COATS, TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-584,527, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CUFFINS

**Reg. No. 4,832,139**
**Registered Oct. 13, 2015**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC, CANADA V6J1C7

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, JACKETS, SWEATSHIRTS, SHIRTS, SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 0-0-2014; IN COMMERCE 0-0-2014.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-584,536, FILED 3-30-2012.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PACE BREAKER

**Reg. No. 4,905,437**    LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
**Registered Feb. 23, 2016**    VANCOUVER, CANADA V6J1C7

**Int. Cl.: 25**    FOR: CLOTHING, NAMELY, SHORTS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**    FIRST USE 1-30-2013; IN COMMERCE 1-30-2013.

**PRINCIPAL REGISTER**    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-808,233, FILED 12-20-2012.

COLLEEN DOMBROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FULL-ON

**Reg. No. 4,964,908**

**Registered May 24, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
SUITE 400
1818 CORNWALL AVENUE
VANCOUVER, BC V6J1C7, CANADA

FOR: ATHLETIC APPAREL, NAMELY, PANTS, SHORTS, CROP PANTS, TIGHTS AND LEGGINGS ALL FOR MEN, WOMEN AND CHILDREN; ALL OF THE FOREGOING EXPRESSLY EXCLUDING COSMETICS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-24-2013; IN COMMERCE 7-24-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-971,050, FILED 6-26-2013.

LAURA FIONDA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# ALL THE RIGHT PLACES

**Reg. No. 5,040,370**

**Registered Sep. 13, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, BC CANADA V6J1C7

CLASS 25: clothing, namely, crop pants, pants, shorts, tights, leggings

FIRST USE 9-2-2015; IN COMMERCE 9-2-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-892,604, FILED 02-01-2016
HELENE AGNES LIWINSKI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# SWIFTLY

**Reg. No. 5,413,086**

**Registered Feb. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lululemon Athletica Canada Inc. (CANADA CORPORATION)
Suite 400
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6J1C7

CLASS 25: Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters; clothing accessories, namely, arm warmers and scarves; headwear, namely, headbands

FIRST USE 8-15-2008; IN COMMERCE 8-15-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-131,957, FILED 11-29-2013



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# TIGHT STUFF

**Reg. No. 5,617,645**

**Registered Nov. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lululemon Athletica Canada Inc.  (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc V6j1c7, CANADA

CLASS 25: Clothing, namely, pants, tights, and leggings

FIRST USE 10-00-2015; IN COMMERCE 10-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-409,365, FILED 09-29-2014



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NULU

**Reg. No. 5,666,869**

**Registered Jan. 29, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC.  (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6K1N6

CLASS 25: Clothing, namely, shirts, tank tops, pants, sweatpants, shorts, dresses, jackets, bodysuits, leotards, tights, bras

FIRST USE 9-30-2015; IN COMMERCE 9-30-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-553,695, FILED 03-04-2015



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SERIOUSLY LIGHT

**Reg. No. 5,751,880**

**Registered May 14, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Lululemon Athletica Canada Inc. (CANADA CORPORATION)
1818 Cornwall Avenue, Suite 400
Vancouver, Bc, CANADA V6J1C7

CLASS 25: Clothing, namely, t-shirts, shirts, tank tops and headbands

FIRST USE 12-00-2013; IN COMMERCE 12-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-391,082, FILED 03-29-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# EVERLUX

**Reg. No. 7,327,436**

**Registered Mar. 12, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

lululemon athletica canada inc. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, BC, CANADA V6J1C7

CLASS 25: Clothing, namely, t-shirts, shirts, tank tops, sweatshirts, sweaters, pants, sweatpants, shorts, skirts, dresses, jackets, coats, vests, underwear, undergarments, socks, bodysuits, leotards, tights, leggings, leg warmers; headwear, namely, hats, caps, toques, visors, headbands, bandanas, bras; clothing accessories, namely, belts, scarves, shawls, shoulder wraps, arm warmers, mittens, gloves

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF CANADA , REG. NO. TMA1068467, DATED 01-08-2020, EXPIRES 01-08-2030

SER. NO. 97-898,272, FILED 04-20-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,897,183**

**Registered Feb. 9, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 CORNWALL AVENUE
VANCOUVER, BC V6J1C7, CANADA

FOR: HOODED SWEAT SHIRTS; JACKETS; COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

THE MARK CONSISTS OF A SINGLE LINE IN A WAVE DESIGN THAT IS APPLIED TO THE FRONT OF A GARMENT. THE DOTTED LINES SHOWING THE OUTLINE OF A GARMENT DO NOT FORM PART OF THE MARK, BUT ARE USED ONLY TO SHOW PLACEMENT OF THE MARK.

SEC. 2(F).

SER. NO. 86-431,815, FILED 10-22-2014.

KATINA MISTER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,393,854**

**Registered Feb. 06, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LULULEMON ATHLETICA CANADA INC. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, Bc, CANADA V6J1C7

CLASS 25: clothing, namely, tights, pants, leggings

FIRST USE 7-30-2010; IN COMMERCE 7-30-2010

The mark consists of an upside down U shaped seam beginning at the top of the rear of a pair of pants and running down the outside of the rear of each leg of the pants and ending at the bottom of each leg of the pants. The dotted lines represent the outline of the pants and are not part of the mark.

SEC.2(F)

SER. NO. 86-783,719, FILED 10-09-2015



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,526,265**

**Registered Oct. 08, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

lululemon athletica canada inc. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, BC, CANADA V6J1C7

CLASS 25: clothing jackets

FIRST USE 00-00-2009; IN COMMERCE 00-00-2009

The mark consists of two lines appearing vertically in a wave design that is applied to the front of a garment and one line that appears horizontally across the upper portion of the vertical lines. The dotted lines showing the outline of a garment do not form part of the mark, but are used only to show placement of the design.

SEC.2(F)

SER. NO. 97-922,731, FILED 05-05-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,526,264**

**Registered Oct. 08, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

lululemon athletica canada inc. (CANADA CORPORATION)
1818 Cornwall Avenue
Vancouver, BC, CANADA V6J1C7

CLASS 25: clothing jackets

FIRST USE 00-00-2009; IN COMMERCE 00-00-2009

The mark consists of one line appearing horizontally in a wave design that is applied to the back of a garment above two parallel vertical lines, with a horizontal line appearing between the two parallel vertical lines. The dotted lines showing the outline of a garment do not form part of the mark, but are used only to show placement of the design.

SEC.2(F)

SER. NO. 97-922,727, FILED 05-05-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

